IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: American Home Mortgage Holdings Inc.,
a Delaware corporation, et al.

---

| | | |
|---|---|---|
| DB Structured Products Inc. | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  07-773 |
| v. | ) | |
| | ) | |
| | ) | |
| American Home Mortgage Holdings Inc. | ) | |
| a Delaware corporation | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 07-11047 |
| | ) | Bankruptcy Appeal No. 07-101 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/30/07 was docketed in the District Court on 11/28/07:

> Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (I) the Sale of Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relied

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date: November 29, 2007
To:    U.S. Bankruptcy Court
       Counsel