IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>AMERICAN HOME MORTGAGE )<br>HOLDINGS, INC., a Delaware )<br>corporation, et al., )<br>)<br>Debtors. )<br>)<br>_____ )<br>DB STRUCTURED PRODUCTS, INC., )<br>)<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>AMERICAN HOME MORTGAGE )<br>HOLDINGS, INC., a Delaware )<br>Corporation, et al., )<br>)<br>Appellees. ) | Chapter 11<br><br>Cast No. 07-11047 (CSS)<br><br>Jointly Administered<br><br><br><br>Case No. 1:07-cv-00773-JJF |

### NOTICE OF COMPLETION OF MEDIATION

PLEASE TAKE NOTICE that, I, Ian Connor Bifferato, was appointed to serve as mediator for the parties to the captioned appeal. On February 27, 2008, I conducted a mediation session and the case did not settle. The parties are prepared to proceed with the appeal.

PLEASE TAKE FURTHER NOTICE that the appeal, including briefing, has been held in abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the parties of the briefing schedule.

Dated: 4/17/08

BIFFERATO GENTILOTTI LLC

Ian Connor Bifferato (# 3273)
800 N. King Street, Plaza Level
Wilmington, DE 19801

cc:  William P. Bowden, Esq.
     James L. Patton, Jr., Esq.