IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | : : : : | Chapter 11 |
| Debtors. | : : : | Bankruptcy Case No. 07-11047-CSS  Jointly Administered |
| _____ | : : | |
| DB STRUCTURED PRODUCTS, INC., | : : | |
| Appellant, | : : | |
| v. | : : | Civil Action No. 07-0773-JJF |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | : : : : | |
| Appellees. | : | |

**O R D E R**

WHEREAS, the Mediator has filed a Notice Of Completion Of Mediation indicating that this case has not settled through the process of mediation (D.I. 6);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellant's Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Appellee's Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of the Opening Brief.

Appellant's Reply Brief on appeal shall be filed within ten (10) **days** of receipt of the Answering Brief.

April 23, 2008
Date

_____
UNITED STATES DISTRICT JUDGE