IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | |
| INC., a Delaware corporation, *et al.*, | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors, | ) | Jointly Administered |
| | ) | |
| | ) | |
| DB STRUCTURED PRODUCTS, INC.. | ) | C.A. No. 07-00773 (JJF) |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | |
| INC., a Delaware Corporation, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the Appendix (Volumes I through IX) relating to the Opening Brief of Appellant DB Structured Products, Inc in the above action have been manually filed with the Court and are available in paper form only.

The original documents are maintained in the case file in the Clerk's Office.

Dated: May 7, 2008          **ASHBY & GEDDES, P.A.**

*/s/ Amanda Winfree*
William P. Bowden (I.D. #2553)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

-and-

{00214757;v1}

**BINGHAM McCUTCHEN LLP**
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

**BINGHAM McCUTCHEN LLP**
Andrew J. Gallo
150 Federal Street
Boston, MA 02110
(617) 951-8117

*Attorneys for Appellant DB Structured Products, Inc.*