# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 576-3588
DIRECT FAX: (302) 576-3544
Pjackson@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

May 20, 2008

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

     Re:   *DB Structured Products, Inc. v. American Home Mortgage Holdings, Inc., et al.*,
           Case No. 07-CV-00773 (JJF) (D. Del. 2007)

Dear Judge Farnan:

     Enclosed you will find a stipulated order extending the briefing schedule with respect to the above-referenced appeal (the "Appeal"). The parties respectfully request that Your Honor approve such extension and enter the order at the Court's earliest convenience.

     The undersigned counsel for the appellees has been substantially involved in this matter since the dispute first arose in September 2007, and has participated in the discovery, the briefing, the trial, and the mediation of the Appeal on behalf of the appellees. In light of such involvement, the undersigned is one of the principal attorneys tasked with briefing the Appeal on behalf of the appellees.

     In accordance with this Court's order of April 23, 2008 (the "Scheduling Order"), the appellants filed their opening brief on May 7, 2008, while the undersigned was in the midst of a long-scheduled, two-week vacation. The docket entry for the opening brief reflects May 27, 2008, as the deadline for filing the answering brief. The undersigned returned to work on May 13, under the impression that May 27 was the proper deadline. Earlier this week it came to the

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan
May 20, 2008
Page 2

undersigned's attention that the proper deadline for filing the answering brief under the Scheduling Order is in fact May 22, 2008. The undersigned contacted counsel for the appellant, who graciously agreed to a stipulated extension of the deadline for filing and serving the answering brief to May 27, subject to approval by Your Honor. In consideration of the five days of additional time provided to the appellees, the stipulation provides an additional five days for the appellants to file their reply brief.

The issues raised in this Appeal are rather complicated, the proceedings in the Bankruptcy Court below having consumed five days of trial and several hundred pages of briefing, and involve the application of various principles of federal bankruptcy law to a contract subject to competing interpretations. The undersigned respectfully submits that approving the stipulated extension of the briefing schedule will permit both parties to present a more complete and focused presentation of the issues involved, which will ultimately facilitate Your Honor's disposition of the Appeal.

In light of the foregoing, the parties respectfully request that the Court approve the enclosed stipulated briefing schedule at the Court's earliest convenience. As always, counsel are available should Your Honor have any questions or comments concerning the stipulation.

Respectfully yours,

Patrick A. Jackson

Enclosure

cc:   Clerk of the United States District Court (via hand delivery w/ enclosure)
      James L. Patton, Jr., Esquire
      Steven Wilamowsky, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :  Chapter 11
                                                        :
AMERICAN HOME MORTGAGE                                  :  Bankruptcy Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware                              :
Corporation, et al.,                                    :  Jointly Administered
                                                        :
        Debtors.                                        :
------------------------------------------------------- x
DB STRUCTURED PRODUCTS, INC.,                           :
                                                        :
        Appellant,                                      :
                                                        :
v.                                                      :  Civil Action No. 07-0773-JJF
                                                        :
AMERICAN HOME MORTGAGE                                  :
HOLDINGS, INC., a Delaware                              :
Corporation, et al.,                                    :
                                                        :
        Appellees.                                      :
------------------------------------------------------- x
```

## **STIPULATED ORDER EXTENDING BRIEFING SCHEDULE**

WHEREAS, on April 23, 2008, this Court entered an Order [D.I. 7] establishing a briefing schedule in the above-captioned appeal (the "Scheduling Order");

WHEREAS, in accordance with the Scheduling Order, on May 7, 2008, the Appellant filed its Opening Brief [D.I. 8];

WHEREAS, the Appellees have requested and the Appellant has agreed that the time for filing the Answering Brief shall be extended to May 27, 2008, at 10:00 a.m. (EDT);

WHEREAS, in consideration of the foregoing, the parties have agreed that the time for filing the Reply Brief shall also be extended to fifteen (15) days from receipt of the Answering Brief;

NOW, THEREFORE, based upon the foregoing, it is hereby stipulated by the undersigned counsel that:

1. The time period for filing and serving the Appellees' Answering Brief shall be extended to May 27, 2008, at 10:00 a.m. (EDT); and

2. The Appellant's Reply Brief shall be filed and served within fifteen (15) days from receipt of the Answering Brief.

**STIPULATED AND AGREED:**

Dated: May 20, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Sean T. Greecher (No. 4484)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Attorneys for Appellees
American Home Mortgage Holdings, Inc., et al.

[APPELLANT'S SIGNATURE PAGE FOLLOWS]

Dated: May 20, 2008
      Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*

William P. Bowden (No. 2553)
Amanda M. Winfree (No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888

-and-

BINGHAM McCUTCHEN LLP
Steven Wilamowsky
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000

Andrew J. Gallo
150 Federal Street
Boston, Massachusetts 02110
Telephone: (617) 951-8117

Attorneys for Appellant
DB Structured Products, Inc.

SO ORDERED this _____ day of _____, 2008.

_____
Hon. Joseph J. Farnan
United States District Judge

{00218128;v1}