IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     :   Bankruptcy Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware                                 :
Corporation, et al.,                                       :   Jointly Administered
                                                           :
         Debtors.                                          :
---------------------------------------------------------- x
DB STRUCTURED PRODUCTS, INC.,                              :
                                                           :
         Appellant,                                        :
                                                           :
     v.                                                    :   Civil Action No. 07-0773-JJF
                                                           :
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., a Delaware                                 :
Corporation, et al.,                                       :
                                                           :
         Appellees.                                        :
---------------------------------------------------------- x

### APPLICATION OF AMERICAN HOME MORTGAGE
### HOLDINGS, INC., ET AL. FOR ORAL ARGUMENT

American Home Mortgage Holdings, Inc. et al. (the "Appellees") respectfully requests that this Court schedule oral argument in the above-captioned appeal (the "Appeal") pursuant to D. Del. L.R. 7.1.4 and Federal Rule of Bankruptcy Procedure 8012.

The parties have completed their briefing with respect to the Appeal. The Appellees submit that oral argument is warranted in this case because there are significant discrepancies between the factual and legal issues presented by the Appellants and the Appellees in their respective papers. Accordingly, the Appellees submit that oral argument will be beneficial to the Court in resolving the relevant issues.

Dated: June _16_, 2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
※ Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Appellees American Home Mortgage Holdings, Inc., et al.*

# CERTIFICATE OF SERVICE

I, Patrick A. Jackson, Esquire, hereby certify that on this 16th day of June, 2008, I caused a true and correct copy of the foregoing **APPLICATION OF AMERICAN HOME MORTGAGE HOLDINGS, INC., ET AL. FOR ORAL ARGUMENT,** to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

William P. Bowden (wbowden@ashby-geddes.com)
Sean T. Greecher (sgreecher@ycst.com, bank@ycst.com)
Amanda Marie Winfree: (awinfree@ashby-geddes.com)

I further certify that I have served the parties listed on the service list below in the manner indicated.

                                                                                            Patrick A. Jackson

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(UBS Securities LLC; Morgan Stanley; CIFG)
(DB Structured)
*Hand Delivery*

Andrew J. Gallo, Esq.
Bingham McCutchen
150 Federal Street
Boston, MA 02110
*First Class Mail*

Steven Wilamowsky, Esq.
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689
(DB Structured)
*First Class Mail*