IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | |
| INC., a Delaware corporation, *et al.*, | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors, | ) | Jointly Administered |
| | ) | |
| DB STRUCTURED PRODUCTS, INC., | ) | C.A. No. 07-00773 (JJF) |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | |
| INC., a Delaware Corporation, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

## REQUEST FOR ORAL ARGUMENT BY DB STRUCTURED PRODUCTS, INC.

Pursuant to Rule 7.1.4 of the Local Rules for the United States District Court for the District of Delaware and Rule 8012 of the Federal Rules of Bankruptcy Procedure, appellant DB Structured Products, Inc. ("DBSP") hereby requests oral argument with respect to its appeal. DBSP respectfully submits that oral argument is appropriate because the appeal presents substantial legal issues. In addition, oral argument would allow the parties to clarify any important legal, factual or procedural points raised in the appeal should the Court have questions.

{00223413;v1}

Dated: June 16, 2008

**BINGHAM McCUTCHEN LLP**
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

**BINGHAM McCUTCHEN LLP**
Andrew J. Gallo
150 Federal Street
Boston, MA 02110
(617) 951-8117

- and -

**ASHBY & GEDDES, P.A.**

/s/ William P. Bowden

William P. Bowden (I.D. #2553)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Appellant DB Structured Products, Inc.*

{00223413;v1}