# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 15, 2008

**BY ELECTRONIC MAIL AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Judge
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

      *Re:* *DB Structured Products, Inc. v. American Home Mortgage Holdings, Inc.,*
          C.A. No. 07-00773 (JJF)

Dear Judge Farnan:

    DB Structured Products, Inc., appellant in the above-referenced matter ("Appellant"), respectfully requests that the Court schedule a date and time for oral argument with respect to Appellant's appeal at the Court's earliest convenience.

    Appellant is mindful of the Court's limited time and resources and makes this scheduling request only out of concern for the time-sensitive nature of the matters on appeal, which relate to an existing pool of mortgage loans and the going-forward servicing rights related thereto.

    Needless to say, we are available at the Court's convenience to discuss this matter should the Court have any questions or concerns.

                                        Respectfully submitted,

                                        William P. Bowden (I.D. No. 2553)

cc:    Clerk of the Court (hand delivery)
       Steven Wilamowsky, Esquire
       Andrew J. Gallo, Esquire
       James L. Patton, Jr., Esquire
       Pauline K. Morgan, Esquire
       Sean T. Greecher, Esquire
       Patrick A. Jackson, Esquire
       Amanda M. Winfree, Esquire

{00229696;v1}