IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | : : : : | Chapter 11 |
| Debtors. | : : : | Bankruptcy Case No. 07-11047-CSS |
| | : : | Jointly Administered |
| _____ | : : | |
| DB STRUCTURED PRODUCTS, INC., | : : | |
| Appellant, | : : | |
| v. | : : | Civil Action No. 07-0773-JJF |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | : : : : | |
| Appellees. | : | |

**O R D E R**

WHEREAS, after hearing Oral Argument concerning the appeal in the above-captioned matter;

IT IS HEREBY ORDERED that this action is **REMANDED** to the Bankruptcy Court for consideration of the issues raised on appeal.

October 16, 2008
Date

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE